AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MATTHEW G. SILVA

       v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5274RJB-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Report and Recommendation of the Magistrate Judge (Dkt. 4) is **APPROVED** and **ADOPTED.** Plaintiff's complaint does not state a cause of action over which the federal court has original jurisdiction.

2. This case is hereby **REMANDED** to state court.

    July 23, 2009                                   BRUCE RIFKIN
                                                                    Clerk

                                                  */s/ Jennie L. Patton*
                                                           Deputy Clerk